IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 JUL 13 AM 11:46
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| TWANNA BOLDEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>   PLAINTIFF,<br><br>V.<br><br>SECOND ROUND, L.P.,<br>   DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§ CAUSE NO. 1:20-CV-431- LY<br>§<br>§<br>§ |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(I) (Doc. #11), seeking dismissal with prejudice, was filed July 10, 2020.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of July, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE